UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BETH ISRAEL MEDICAL CENTER,                     :
CONTINUUM HEALTH PARTNERS, INC., and      :
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,   :
                                                                       :
                   Plaintiffs,                              :
                                                                       :       11 Civ. 4509 (RJS)
                   -against-                              :       [rel. 12 Civ. 1028]
                                                                       :
VERIZON BUSINESS NETWORK  SERVICES   :       ECF Case
INC., VERIZON COMMUNICATIONS INC.,         :
VERIZON NEW YORK INC., and VERIZON         :
SERVICES CORP.,                                          :
                                                                       :
                   Defendants.                           :
----------------------------------------------------------------X
BETH ISRAEL MEDICAL CENTER and            :
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,   :
                                                                       :
                   Plaintiffs,                              :
                                                                       :
                   -against-                              :
                                                                       :
SIEMENS INFORMATION AND                      :       12 Civ. 1028 (RJS)
COMMUNICATION NETWORKS, INC.,             :       [rel. 11 Civ. 4509]
SIEMENS COMMUNICATIONS, INC.,              :
and SIEMENS ENTERPRISE                          :       ECF Case
COMMUNICATIONS, INC.,                           :
                                                                       :
                   Defendants,                           :
----------------------------------------------------------------X
SIEMENS ENTERPRISE                               :
COMMUNICATIONS, INC.,                           :
                                                                       :
                   Third-Party Plaintiff,            :
                                                                       :
                   -against-                              :
                                                                       :       **AMENDED**
TANGOE, INC.,                                            :       **SCHEDULING ORDER**
                                                                       :
                   Third-Party Defendant.        :
----------------------------------------------------------------X

1755116XXXEAR 00103 wpd

RICHARD J. SULLIVAN, DISTRICT JUDGE:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby amends its June 11, 2013 Amended Scheduling Order as follows:

1.   Third-Party Defendant Tangoe, Inc. shall file its Answer to the Third-Party Complaint on or before October 17, 2013.

2.   The deadline for completion of all depositions is extended from November 15, 2013 to March 15, 2014.

3.   The deadline for parties to serve Requests to Admit is extended from November 15, 2013 to March 15, 2014.

4.   The deadline for completion of all fact discovery is extended from November 15, 2013 to March 15, 2014.

5.   The deadline for expert disclosures, including reports, production of underlying documents, and depositions is adjourned as follows:

   a.   Expert(s) of Plaintiffs and Third-Party Plaintiff: The deadline for reports and production of underlying documents is extended from November 15, 2013 to March 29, 2014; the deadline for completing expert depositions is extended from January 16, 2014 to May 30, 2014. The deadline for Plaintiffs to disclose the name of their expert(s) and the topic of expert testimony, and to provide a copy of the expert's curriculum vitae is extended from September 16, 2013 to January 17, 2014.

   b.   Expert(s) of Defendants and Third-Party Defendant: The deadline for reports and production of underlying documents is extended from December 15, 2013 to April 30, 2014; the deadline for completing expert

2

depositions is extended from January 16, 2014 to May 30, 2014. The

deadline for Defendants and Third-Party Defendant to disclose the name

of their expert(s) and the topic of expert testimony, and to provide a copy

of the expert's curriculum vitae is extended from October 16, 2013 to

February 15, 2014.

6.    The deadline for completing all discovery is extended from January 16, 2014 to

May 30, 2014.

7.    The Court will conduct the post-discovery conference previously scheduled for

February 14, 2014 at 11:00 a.m. on June 13, 2014 at 11:00 a.m.

8.    The deadline to submit pre-motion letters is extended from February 1, 2014 to

June 2, 2014.


SO ORDERED:

Dated: New York, New York
         September 26, 2013

                              _____
                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE

3