UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 10-10-13

BETH ISRAEL MEDICAL CENTER, *et al.*,

        Plaintiffs,

-v-

VERIZON BUSINESS NETWORK SERVICES, INC., *et al.*,

        Defendants.

No. 11 Civ. 4509 (RJS)

BETH ISRAEL MEDICAL CENTER, *et al.*,

        Plaintiffs,

-v-

SIEMENS INFORMATION AND COMMUNICATION NETWORKS, INC., *et al.*,

        Defendants.

No. 12 Civ. 1028 (RJS)

SIEMENS ENTERPRISE COMMUNICATIONS, INC., *et al.*,

        Third-Party Plaintiffs,

-v-

TANGOE, INC.,

        Third-Party Defendant.

REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Maas for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction) Purpose:_____ |
| __ | Specific Non-Dispositive Motion/Disputes: | __ | Habeas Corpus |
| X | Settlement:  The parties shall contact the designated Magistrate Judge to schedule a settlement conference by: <u>December 1, 2013</u> | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motions (*i.e.*, motion requiring Report and Recommendation) |
| __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) | | |

SO ORDERED.

DATED:      October 10, 2013
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2