KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826 3640
WWW.KVWP.NET

**Kevin J. Fee**, *Partner*
WRITER'S DIRECT DIAL NO.: (212) 418 8608
WRITER'S E-MAIL ADDRESS: kfee@kvwmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-4-13

October 30, 2013

**BY E-MAIL**

The Honorable Judge Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re: Beth Israel Medical Center et al. v. Verizon Business Network Services, Inc. et al. 11 Civ. 4509 (RJS) [rel. 12 Civ. 1028]; Beth Israel Medical Center et al. v. Siemens Information and Communication Networks, Inc. et al., 12 Civ. 1028 (RJS) [rel. 11 Civ. 4509]

Dear Judge Sullivan:

As counsel for Plaintiffs, I write on behalf of all parties in the above-captioned two cases to ask the Court to extend from December 1 to December 15 the deadline in its October 11, 2013 Order to complete a settlement conference. The October 22, 2013 reassignment of the settlement conference to Magistrate Judge Pitman and scheduling conflicts of more than one party have made it impossible to schedule a full-day settlement conference before December 1. However, the parties and Magistrate Judge Pitman are able to schedule such a conference in the first week of December. We therefore jointly request that the Court grant an extension of the deadline to complete a settlement conference to December 15.

Respectfully,

Kevin J. Fee

SO ORDERED
Dated: 10/30/13
RICHARD J. SULLIVAN
U.S.D.J.

cc: Gavin J. Rooney, Esq.
Natalie J. Kraner, Esq.
Attorneys for the Verizon Defendants

Dennis H. Tracey, III, Esq.
Sarah J. Gregory, Esq.
David Michaeli, Esq.
Attorneys for Defendant Siemens Enterprise Communications, Inc.

Glenn M. Cunningham, Esq.
Lee Anne Duval, Esq.
Attorneys for Third-Party Defendant Tangoe, Inc.

(Also by e-mail)

# Kornstein Veisz Wexler & Pollard, LLP

The Honorable Judge Richard J. Sullivan
October 30, 2013
Page 2