UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETH ISRAEL MEDICAL CENTER, CONTINUUM HEALTH PARTNERS, INC., and ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,<br><br>Plaintiffs,<br><br>-v-<br><br>VERIZON BUSINESS NETWORK SERVICES INC., VERIZON COMMUNICATIONS INC., VERIZON NEW YORK INC., and VERIZON SERVICES CORP.,<br><br>Defendants. | Civil Action No. 11-CV-04509 (RJS)<br>[rel. 12-CV-01028] [rel. 11-CV-09655]<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Ryan J. Cooper, Esq., of the law firm of Lowenstein Sandler LLP, hereby enters his appearance as counsel on behalf of Defendants Verizon Business Network Services Inc., Verizon Communications Inc., Verizon New York Inc., and Verizon Services Corp. The undersigned counsel is admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that all papers and correspondence in this proceeding should be directed to this law firm.

New York, New York
January 16, 2014

                                                    /s/ Ryan J. Cooper
                                                     Ryan J. Cooper, Esq.
                                                     **LOWENSTEIN SANDLER LLP**
                                                     1251 Avenue of the Americas
                                                     New York, New York 10020
                                                     Tel: (212) 262-6700
                                                     Fax: (212) 262-7402
                                                     E-mail: rcooper@lowenstein.com

                                                     *Attorneys for Defendants*