**MEMO ENDORSED**

# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1-21-14 |

**Kevin J. Fee,** *Partner*
WRITER'S DIRECT DIAL NO.: (212) 418-8608
WRITER'S E-MAIL ADDRESS: kfee@kvwmail.com

January 17, 2014

**BY E-MAIL AND E-FILING**
The Honorable Judge Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: Beth Israel Medical Center et al. v. Verizon Business Network Services, Inc. et al. 11 Civ. 4509 (RJS) [rel. 12 Civ. 1028]; Beth Israel Medical Center et al. v. Siemens Information and Communication Networks, Inc. et al., 12 Civ. 1028 (RJS) [rel. 11 Civ. 4509]

Dear Judge Sullivan:

As counsel for Plaintiffs, I write regarding Verizon's request for a pre-motion conference to discuss a motion for summary judgment and stay of discovery pending resolution of such a motion.

Plaintiffs intend to respond to Verizon's letter by Wednesday, January 22, in accordance with Your Honor's Individual Rules of Practice, Rule 2(A). Plaintiffs respectfully request a one-page extension to the three-page limit set by Your Honor's Rules for a response to Verizon's letter. Plaintiffs believe that three pages may not be adequate to respond fully to both Verizon's legal arguments and the impact a stay of discovery will have on the ultimate resolution of the claims against Verizon and Siemens.

Respectfully,

Kevin J. Fee

1755116LETJHR.00001.wpd

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

The Honorable Judge Richard J. Sullivan
January 17, 2014
Page 2

cc: Gavin J. Rooney, Esq.
Ryan J. Cooper, Esq.
Attorneys for the Verizon Defendants

Dennis H. Tracey, III, Esq.
Sarah J. Gregory, Esq.
David Michaeli, Esq.
Attorneys for Defendant Siemens Enterprise Communications, Inc.

Glenn M. Cunningham, Esq.
Lee Anne Duval, Esq.
Attorneys for Third-Party Defendant Tangoe, Inc.

*(Served via e-mail)*

```
IT IS HEREBY ORDERED THAT Plaintiffs' request is DENIED.  Plaintiffs
shall respond by Wednesday, January 22, 2014, with a letter
not to exceed three pages.
```

SO ORDERED.
Date: 1/17/14
RICHARD J. SULLIVAN
U.S.D.J.