# Hogan Lovells

**MEMO ENDORSED**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

January 30, 2014

**BY EMAIL**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-14

Re: *Beth Israel Medical Center, et al., v. Siemens Information and Communication Networks, Inc., et al.*, Civil Action No. 12-cv-1028 (RJS) [rel. 11-cv-4509]

Dear Judge Sullivan:

Pursuant to Local Rule 1.4 of the Local Rules of this Court, please accept the withdrawal of my notice of appearance as counsel for Defendant Unify Inc. (formerly Siemens Enterprise Communications, Inc.) in the above-referenced matter. The reason for my withdrawal is that effective February 5, 2014, I will no longer be affiliated with the firm Hogan Lovells US LLP.

Counsel of record Dennis H. Tracey of Hogan Lovells will continue to represent Unify Inc. in this matter. Accordingly, the withdrawal of my notice of appearance will not prejudice or delay the action.

Thank you for your consideration.

Respectfully submitted,

Sarah Gregory

Associate
sarah.gregory@hoganlovells.com
D 212.918.3047

SO ORDERED
1/30/14
RICHARD J. SULLIVAN
U.S.D.J.

Cc by Email: Counsel for all parties

\NY - 037460/000021 - 3079847 v1