USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BETH ISRAEL MEDICAL CENTER,
CONTINUUM HEALTH PARTNERS, INC., and
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,

    Plaintiffs,

 -against-

VERIZON BUSINESS NETWORK SERVICES
INC., VERIZON COMMUNICATIONS INC.,
VERIZON NEW YORK INC., and VERIZON
SERVICES CORP.,

    Defendants.

------------------------------------------------------------ X

BETH ISRAEL MEDICAL CENTER and
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,

    Plaintiffs,

 -against-

SIEMENS INFORMATION AND
COMMUNICATION NETWORKS, INC.,
SIEMENS COMMUNICATIONS, INC.,
and SIEMENS ENTERPRISE
COMMUNICATIONS, INC.,

    Defendants,

------------------------------------------------------------ X

SIEMENS ENTERPRISE
COMMUNICATIONS, INC.,

    Third-Party Plaintiff,

 -against-

TANGOE, INC.,

    Third-Party Defendant.

------------------------------------------------------------ X

11 Civ. 4509 (RJS)
[rel. 12 Civ. 1028]

ECF Case

11 Civ. 1028 (RJS)
[rel. 12 Civ. 4509]

ECF Case

**AMENDED
SCHEDULING ORDER**

RICHARD J. SULLIVAN, DISTRICT JUDGE:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby amends its September 26, 2013 Amended Scheduling Order as follows:

1. The deadline for completion of all depositions is extended from March 15, 2014 to <u>April 11, 2014</u>.

2. The deadline for parties to serve Requests to Admit is extended from March 15, 2014 to <u>April 11, 2014</u>.

3. The deadline for completion of all fact discovery is extended from March 15, 2014 to <u>April 11, 2014</u>.

4. The deadline for expert disclosures, including reports, production of underlying documents, and depositions is adjourned as follows:

    a. Expert(s) of Plaintiffs and Third-Party Plaintiff: The deadline for reports and production of underlying documents is extended from March 29, 2014 to <u>May 2, 2014</u>; the deadline for completing expert depositions is extended from May 30, 2014 to <u>July 2, 2014</u>.

    b. Expert(s) of Defendants and Third-Party Defendant: The deadline for reports and production of underlying documents is extended from April 30, 2014 to <u>June 6, 2014</u>; the deadline for completing expert depositions is extended from May 30, 2014 to <u>July 2, 2014</u>.

5. The deadline for completing all discovery is extended from May 30, 2014 to <u>July 2, 2014</u>.

6. The Court's post-discovery conference previously scheduled for June 13, 2014 at 11:00 a.m. is cancelled.

7. Dispositive motions, if any, shall be filed on or before <u>August 1, 2014</u>; opposition papers shall be filed on or before <u>August 29, 2014</u>; and reply briefs shall be filed on or before <u>September 12, 2014</u>.

SO ORDERED.
Dated: 3/11/14

RICHARD J. SULLIVAN
U.S.D.J.