# Lowenstein
# Sandler LLP

Gavin J. Rooney
Partner

1251 Avenue of the Americas
New York, NY 10020
T 973 597 2472
F 973 597 2473
grooney@lowenstein.com

July 29, 2014

*VIA ECF*

Honorable Richard J. Sullivan
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
Courtroom 905
40 Foley Square, Room 2104
New York, NY 10007

Re:   Beth Israel Medical Center, et al. v. Verizon Business Network Services, et al.
      Civil Action No. 11-CV-4509 (RJS) [rel. 12-CV-1028 (RJS)]

Dear Judge Sullivan:

As Your Honor may recall, this firm represents the Verizon defendants in the above-captioned matter. I write to report that the parties have reached a settlement in principle of this litigation, and expect to execute a settlement agreement in the near future, and will thereafter file a stipulation of dismissal. The settlement covers all claims in the above-captioned litigation, as well as the parallel litigation captioned *Beth Israel Medical Center, et al. v. Siemens Information and Communication Networks, Inc.*, Civil Action No. 12-cv-1028-RJS. Accordingly, the parties will not be filing motions for summary judgment by August 1, the date specified in the current case management order for the filing of such motions. We thank the Court for its attention to this matter.

Respectfully submitted,

Gavin J. Rooney

GJR/ah

23510/9
7/29/14 31093255.1

cc:   All Counsel of Record (via ECF)

New York    Palo Alto    Roseland                                    www.lowenstein.com