UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2014
```

| | |
|---|---|
| BETH ISRAEL MEDICAL CENTER, *et al.*, <br><br>                 Plaintiffs, <br><br>   -v- <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., *et al.*, <br><br>               Defendants. | No. 11-cv-4509 (RJS) |
| BETH ISRAEL MEDICAL CENTER, *et al.*, <br><br>                 Plaintiffs, <br><br>   -v- <br><br> SIEMENS INFORMATION AND COMMUNICATION NETWORKS, INC., *et al.*, <br><br>               Defendants. | No. 12-cv-1028 (RJS) |
| SIEMENS ENTERPRISE COMMUNICATIONS, INC., *et al.*, <br><br>           Third-Party Plaintiffs, <br><br>   -v- <br><br> TANGOE, INC., <br><br>          Third-Party Defendant. | ORDER |

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendant Verizon informing the Court that the parties have reached a settlement in principle that settles all of the claims in both of the above-captioned cases. (*See* 11-cv-4509 Doc. No. 73.) Accordingly, IT IS HEREBY ORDERED THAT both cases are dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT

the Court retains jurisdiction to enforce the settlement agreement(s).  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).  However, within thirty days of the date of this Order, any party may send a letter requesting to restore the actions to the undersigned's calendar. Upon receipt of such a letter, the actions will be restored.  IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.

SO ORDERED.

Dated:      July 29, 2014
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2