UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BETH ISRAEL MEDICAL CENTER and
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,

        Plaintiffs,

    -against-

SIEMENS INFORMATION AND
COMMUNICATION NETWORKS, INC.,
SIEMENS COMMUNICATIONS, INC.,
and SIEMENS ENTERPRISE
COMMUNICATIONS, INC.,

        Defendants,
------------------------------------------------------------ X
SIEMENS ENTERPRISE
COMMUNICATIONS, INC.,

        Third-Party Plaintiff,

    -against-

TANGOE, INC.,

        Third-Party Defendant.
------------------------------------------------------------ X

12 Civ. 1028 (RJS)
[rel. 11 Civ. 4509]

ECF Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2014

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the undersigned counsel for Beth Israel Medical Center, Continuum Health Partners, Inc. and St. Luke's-Roosevelt Hospital Center (collectively, "Continuum"), and Siemens Enterprise Communications, Inc., now known as Unify Inc. ("Unify"), and Tangoe, Inc. ("Tangoe"),

**THAT** all claims asserted by Continuum against Unify in this action be, and hereby are, dismissed with prejudice and without costs to any party against another; and

**THAT** all counterclaims asserted by Unify against Continuum in this action be, and hereby are, dismissed with prejudice and without costs to any party against anther; and

THAT all third-party claims asserted by Unify against Tangoe in this action be, and hereby are, dismissed with prejudice and without costs to any party against another.

SO STIPULATED AND AGREED.

By: /s/ *signature*
Dennis H. Tracey, III, Esq.
David R. Michaeli, Esq.
HOGAN LOVELLS LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Unify Inc. Formerly Known as Siemens Enterprise Communications, Inc.*

By: /s/ *signature*
Marvin Wexler, Esq.
Kevin J. Fee, Esq.
Emily Rosdeitcher, Esq.
KORNSTEIN VEISZ WEXLER
 & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

and

Gregory J. Vogt, Esq.
(admitted pro hac vice)
LAW OFFICES OF
 GREGORY J. VOGT, PLLC
101 West Street, Suite 4
Black Mountain, North Carolina 28711
(828) 669-2099

*Attorneys for Plaintiffs
Beth Israel Medical Center,
Continuum Health Partners, Inc., and St.
Luke's-Roosevelt Hospital Center*

By: /s/ *signature*
Glenn M. Cunningham, Esq.
John J. DiMarco, Esq.
Lee Anne Duval, Esq.
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, Connecticut 06103
(860) 251-5562

*Attorneys for Tangoe, Inc.*

SO ORDERED:

Dated: New York, NY
September 4, 2014

/s/ *signature*
Richard J. Sullivan, U.S.D.J.