USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BETH ISRAEL MEDICAL CENTER,
CONTINUUM HEALTH PARTNERS, INC., and
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,

        Plaintiffs,

  -against-

VERIZON BUSINESS NETWORK SERVICES
INC., VERIZON COMMUNICATIONS INC.,
VERIZON NEW YORK INC., and VERIZON
SERVICES CORP.,

        Defendants.

---------------------------------------------------------------- X

11 Civ. 4509 (RJS)
[rel. 12 Civ. 1028]

ECF Case

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between the undersigned counsel for Beth Israel Medical Center, Continuum Health Partners, Inc. and St. Luke's-Roosevelt Hospital Center (collectively, "Continuum"), and Verizon Business Network Services Inc., Verizon Communications Inc., Verizon New York Inc., and Verizon Services Corp. (collectively, "Verizon"),

    **THAT** all claims asserted by Continuum against Verizon in this action be, and hereby are, dismissed with prejudice and without costs to any party against another.

SO STIPULATED AND AGREED.

By: /s/ _____
Marvin Wexler, Esq.
Kevin J. Fee, Esq.
Emily Rosdeitcher, Esq.
KORNSTEIN VEISZ WEXLER
 & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

and

Gregory J. Vogt, Esq.
(admitted pro hac vice)
LAW OFFICES OF
 GREGORY J. VOGT, PLLC
101 West Street, Suite 4
Black Mountain, North Carolina 28711
(828) 669-2099

*Attorneys for Plaintiffs*
*Beth Israel Medical Center,*
*Continuum Health Partners, Inc., and St.*
*Luke's-Roosevelt Hospital Center*

By: /s/ _____
Gavin J. Rooney, Esq.
Ryan J. Cooper, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2472

*Attorneys for Verizon Business Network*
*Services Inc., Verizon Communications Inc.,*
*Verizon New York Inc., and Verizon Services*
*Corp.*

SO ORDERED:

Dated: New York, NY
Sept ~~August~~ 4, 2014

_____
Richard J. Sullivan, U.S.D.J.

